```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JILL AAL,                                                   :
                                                            :
                              Plaintiff,                    :
                                                            :           21-cv-8512 (VSB)
                -against-                                   :
                                                            :              ORDER
D&A CONTRACTING, LLC, et al.,                               :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On September 14, 2021, Plaintiff initiated this action and filed her complaint in the New York State Supreme Court, New York County.  (Doc. 1 Ex. 2.)  On October 15, 2021, Defendants filed a notice of removal on grounds of a federal question.  (Doc. 1.)  "After removal, repleading is unnecessary unless the court orders it."  Fed. R. Civ. P. 81(c)(2).  "A defendant who did not answer before removal must answer or present other defenses or objections . . . within the longest of these periods": (1) "21 days after receiving—through service or otherwise—a copy of the initial pleading"; (2) "21 days after being served with the summons for an initial pleading on file at the time of service," or; (3) "7 days after the notice of removal is filed."  *Id*.  As such, under Rule 81, Defendants are overdue in answering or otherwise responding to the Complaint.  It is hereby:

      ORDERED that Defendants are directed to answer or otherwise respond to Plaintiff's Complaint on or before November 29, 2021.

      SO ORDERED.

Dated:     November 18, 2021
           New York, New York

*Vernon Broderick*
VERNON S. BRODERICK
United States District Judge