UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
JILL AAL,                                               :
                                                        :
                            Plaintiff,                  :
                                                        :          21-CV-8512 (VSB)
            -against-                                    :
                                                        :              **ORDER**
                                                        :
D&A CONTRACTING, LLC, et al.,                           :
                                                        :
                            Defendant.                  :
                                                        :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        On September 14, 2021, Plaintiff initiated this action and filed her complaint in the New

York State Supreme Court, New York County.  (Doc. 1 Ex. 2.)  On October 15, 2021,

Defendants filed a notice of removal.  (Doc. 1.)  Defendants did not timely answer the

Complaint, so on November 18, 2021, I ordered Defendants to answer or otherwise respond to

Plaintiff's Complaint on or before November 29, 2021.  (Doc. 3.)  Defendants answered on

November 29, 2021.  (Doc. 5.)  On November 30, 2021, I issued an initial pretrial conference

order, directing the parties to submit a joint letter and proposed case management plan and

scheduling order on or before December 14, 2021.  (Doc. 6.)  The parties have not done so.

Additionally, Plaintiff has not yet entered a notice of appearance in this case.  Accordingly, the

parties are hereby:

        ORDERED to file the joint letter and proposed case management plan and scheduling

order by no later than December 27, 2021.  If the parties fail to do so, I may dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Defendants are further

directed to send a copy of this order to Plaintiff.

SO ORDERED.

Dated:     December 17, 2021
           New York, New York

VERNON S. BRODERICK
United States District Judge