UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
JILL AAL,                                               :
:
                    Plaintiff,                 :
:            21-cv-8512 (VSB)
        -against-                     :
:                **ORDER**
D&A CONTRACTING, LLC, et al.,                           :
:
                    Defendants.  :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On December 27, 2021, the parties filed a proposed case management plan.  (Doc. 8.) The parties checked the box indicating that they consented "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c)."  (*Id.* at ¶ 1.)  However, the parties have not submitted the AO 85A Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge.  If the parties intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file the AO 85A form, available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-4.pdf, on or before December 30, 2021.  If the parties do not intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file a corrected proposed case management plan and scheduling order, on or before December 30, 2021.

SO ORDERED.

Dated:  December 28, 2021
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge