```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JILL AAL,                                                   :
                                                            :
                          Plaintiff,                        :
                                                            :       21-CV-8512 (VSB)
              -against-                                     :
                                                            :            ORDER
D&A CONTRACTING, LLC, et al.,                               :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On January 3, 2022, I entered a case management plan and scheduling order setting a post-discovery conference for August 4, 2022 at 3:00 p.m. (Doc. 13 ¶ 11.) The order further directed that "[n]o later than two weeks in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action." (*Id.*) The parties have not filed the joint letter. It is hereby

ORDERED that on or before August 3, 2022, the parties submit the joint letter updating the Court on the status of the case.

IT IS FURTHER ORDERED that the post-discovery conference scheduled for August 4, 2022 at 3:00 p.m. will be held via teleconference, using the dial-in 888-363-4749 and the access code 2682448.

SO ORDERED.

Dated: August 2, 2022
      New York, New York

                                               Vernon S. Broderick
                                               United States District Judge