```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv8512 (DLC)
JILL AAL,                                :
                                         :         ORDER
                            Plaintiff,   :
           -v-                           :
                                         :
D&A CONTRACTING, LCC, and THOMAS A.      :
MICHETTI, 3RD,                           :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 15, 2021, the defendants removed the case to this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On August 17, 2022, this case was transferred to this Court's docket. Pursuant to this Court's Individual Practices, it is hereby

ORDERED that the defendants shall, by **September 9, 2022,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

Dated:  New York, New York
        August 26, 2022

                                    _____
                                        DENISE COTE
                                    United States District Judge

2