```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv8512 (DLC)
JILL AAL,                                :
                                         :         ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
D&A CONTRACTING, LLC, and THOMAS A.      :
MICHETTI, 3RD,                           :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 8, 2022, the defendants filed a letter explaining the defendants' basis for their belief that diversity of citizenship exists. It is hereby

ORDERED that the defendants shall, by **October 21, 2022**, file on ECF a letter no longer than two pages identifying the members of D&A Contracting, LLC. The letter must (1) specify whether the members are individuals, corporations, partnerships, limited liability companies, or other entities, and (2) specify the citizenship of each member.

Dated:   New York, New York
         October 12, 2022

                              _____
                                      DENISE COTE
                              United States District Judge