```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   21cv8512 (DLC)
JILL AAL,                                :
                                         :            ORDER
                      Plaintiff,         :
          -v-                            :
                                         :
D&A CONTRACTING, LLC, and THOMAS A.      :
MICHETTI, 3RD,                           :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An October 12, 2022 Order directed the defendants to file a letter identifying the members of D&A Contracting, LLC by October 21. They did not do so. It is hereby

ORDERED that, at the November 3, 2022 pretrial conference, the defendants shall be prepared to further explain the basis for their belief that diversity of citizenship exists. The defendants must (1) specify whether the members of D&A Contracting, LLC are individuals, corporations, partnerships, limited liability companies, or other entities, and (2) specify the citizenship of each member.

Dated:   New York, New York
         November 1, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge