# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

**WESTCHESTER COUNTY OFFICE**
*580 White Plains Road*
*Suite 620*
*Tarrytown, NY 10591*
*(914) 345-3701 Fax: (914) 345-3743*

**Daniel D. Flynn**
Member NY Bar
(914) 593-7322
DFlynn@moodklaw.com

November 2, 2022

**Via ECF**
Hon. Denise L. Cote
United States District Court -Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  **Jill Aal v. D&A Contracting, LLC**
     **Case No.: 1:21 cv-08512-DLC**
     **Our File No.: 403.110406**

Dear Honorable Justice Cote:

Our office represents the defendants, D&A Contracting, LLC and Thomas A. Michetti, 3rd, in the aforementioned matter.

Pursuant to the Court's Order of November 1, 2022, please be advised that the members of defendant, D & A Contracting, LLC, are Jim DeZao and Andrew Allen, and both members of the corporation reside in the State of New Jersey and are U.S. Citizens. As previously advised Thomas A. Michetti, 3rd, resides in New Jersey. Also, please remove James Skelly, Esq. from the Court service list as Mr. Skelly is no longer with this firm.

We would also like to request an adjournment of tomorrow's conference as plaintiff's independent medical examination has been rescheduled at plaintiff's request to December 1, 2022, and the evaluation has not been conducted.

Respectfully yours,

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

*Denied.*
*Denise Cote*
*11/2/22*

Daniel D. Flynn (DDF2908)

DDF/gz
cc:  **Via email: lont14@aol.com**
     Plaintiff's Counsel- Laurence C. Tarowsky, Esq

{M0303592.1}

| Philadelphia | Pittsburgh | Cherry Hill | New York | Wilmington | Towson |
| Pennsylvania | Pennsylvania | New Jersey | New York | Delaware | Maryland |