UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :    21cv8512 (DLC)
JILL AAL,                            :
                                     :         ORDER
                    Plaintiff,       :
                                     :
         -v-                         :
                                     :
D&A CONTRACTING, LLC, and THOMAS A.  :
MICHETTI, 3RD,                       :
                    Defendants.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

     It is hereby ORDERED that the Clerk of Court is directed to terminate the appearance of James Michael Skelly in this case.

Dated:     New York, New York
           November 4, 2022

                              _____
                                        DENISE COTE
                              United States District Judge