```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JILL AAL,                             :    21cv8512(DLC)
                                      :
                    Plaintiff,        :    ORDER OF
           -v-                        :    DISCONTINUANCE
                                      :
D&A CONTRACTING, LLC, and THOMAS A.   :
MICHETTI, 3RD,                        :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 30, 2023**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         February 28, 2023

                                   _____
                                            DENISE COTE
                                   United States District Judge